sentenced to serve a term of four months in the county jail and pay a fine of three hundred dollars. From which judgment he appealed by filing in this court on January 16, 1912, his petition in error with case-made. On this 22nd day of March, plaintiff in error filed motion to dismiss said appeal. Which motion is allowed. Wherefore the appeal is dismissed, and the cause remanded forthwith to the county court of Caddo county.

---

HENRY STEILS v. STATE.

No. A-1445. Opinion Filed March 27, 1912.

Appeal from Blaine County Court; Geo. W. Ferguson, Judge.

I. H. Lookabaugh, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Henry Steils, plaintiff in error, was convicted in the county court of Blaine county upon an information which charged him with having possession of intoxicating liquors with the intention to violate provisions of the prohibition law. Upon his trial the jury returned their verdict of guilty, and assessed his punishment at a term of six months in the county jail, and a fine of five hundred dollars. May 26, 1911, in accordance with the verdict, judgment and sentence was rendered. We have carefully examined the alleged errors assigned and argued, but have found none that would justify a reversal of the judgment, or that require special discussion. The judgment of the lower court is therefore affirmed.

---

In re HERBERT GRIDER.

No. A-805. Dismissed orally, March 30, 1912.

---

C. LAMOREAUX v. STATE.

No. A-1212. Opinion Filed April 2, 1912.

Appeal from Oklahoma County Court; John W. Hayson, Judge.

C. Lamoreaux was convicted of violating the prohibitory law, and appeals. Affirmed.

D. B. Welty and John R. Guyer, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted at the April, 1911, term of the county court of Oklahoma county on a charge of having the unlawful possession of intoxicating liquors with the intent to sell the same, and his punishment fixed by the jury at a fine of five hundred dollars, and imprisonment in the county jail for a period of six months. Finding no errors prejudicial to the substantial rights of the plaintiff in error, the judgment is affirmed.

---

W. J. MOON v. STATE.

Nos. A-1040, 1041. Opinion Filed April 3, 1912.

Appeal from Bryan County Court; Chas. A. Phillips, Judge.

W. J. Moon was convicted for violations of the prohibitory law, and appeals. Appeals dismissed.

Smith C. Matson, Asst. Atty. Gen., for the State.

FURMAN, P. J. In each of the above mentioned causes the appellant was convicted in the county court of Bryan county, Oklahoma, for violations of the prohibitory law. On the 12th day of November, 1910, judgment was rendered against appellant in cause No. 1040 and his punishment was assessed at a fine of fifty dollars and 30 days' confinement in the county jail, but appellant did not perfect his appeal by filing a transcript of the record in this court until the 20th day of March, 1911. In cause No. 1041 judgment was rendered against